**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., *a Delaware Corporation,*<br><br>            *Plaintiff,*<br><br>    -v-<br><br>YUG HOSPITALITY, LLC, *an Oklahoma Limited Liability Company*; LEENA PATEL, *an Individual*; and SHAILESH PATEL*, an Individual,*<br><br>            *Defendants.* | Civil No. 2:19-cv-17191 (ES) (CLW)<br><br>**Order Granting Motion For Final Judgment By Default And Entering Final Judgment By Default** |

This matter having been opened to the Court by plaintiff Days Inn Worldwide, Inc. ("Days Inn"), seeking the entry of final judgment by default against defendants Yug Hospitality, LLC ("Yug"), Leena Patel, and Shailesh Patel (together, the "individual defendants," and with Yug, "defendants") pursuant to Fed. R. Civ. P. 55(b)(2); and the complaint in this matter having been filed on August 26, 2019, seeking damages as a result of the breach of a franchise agreement between Yug and Days Inn and a guaranty between Days Inn and the individual defendants; and service of the summons and complaint having been effectuated with respect to each of the defendants; and default having been entered by the Clerk of the Court on November 21, 2019 against defendants for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 14th day of December, 2020,

**ORDERED** that Days Inn's motion for final judgment by default (D.E. 12) is GRANTED; and it is further

**ORDERED, ADJUDGED, AND DECREED** that Days Inn have judgment against defendants, jointly and severally, in the total amount of $188,509.95, comprised of the following:

> a) $129,364.69 for liquidated damages (principal plus prejudgment interest); and
>
> b) $59,145.26 for recurring fees (principal plus prejudgment interest).

*/s/Katharine S. Hayden*
Katharine S. Hayden, U.S.D.J.